IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-CR-253-1H

UNITED STATES OF AMERICA

v.

JEROME VAN BUREN

**ORDER**

This matter is before the court on defendant's motion filed December 17, 2014, entitled "motion to reduce sentence" which is in reality a motion seeking judicial recommendation for placement in community corrections or home confinement. The court is also in receipt of a letter, filed November 25, 2014, requesting similar relief. As the Bureau of Prisons determines placement in community correction facilities, this court finds no merit to defendant's motion. Therefore, the motion [DE #63] is DENIED.

This 10th day of June 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26